IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

CONNIE CHITWOOD, )
    Plaintiff, )
)
vs. )
)
NANCY A. BERRYHILL, ) Case No. 6:16-cv-00468-SPS
Acting Commissioner of the Social )
Security Administration,[1] )
)
    Defendant. )

## ORDER

The Court has for its consideration Defendant's Unopposed Motion to Remand (Doc. 19) this case to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). Upon review of the motion, the lack of objection thereto, and for good cause shown, the motion is hereby **granted**.

**IT IS THEREFORE ORDERED** that this case is remanded for further administrative action under sentence four of the Social Security Act, 42 U.S.C. § 405(g). A separate Judgment shall be entered forthwith.

**SO ORDERED** this 11th day of July, 2017

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. Berryhill is substituted for Carolyn Colvin as the Defendant in this action.